249 So.2d 923

### Douglas R. LOVETT, Jr.

v.

### The CONTINENTAL INSURANCE COMPANY et al.

### No. 51543.

June 28, 1971.

In re: The Aetna Casualty & Surety Company and the State of Louisiana, Department of Public Welfare applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 249 So.2d 581.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

249 So.2d 923

### CHURCHILL FARMS, INC.

v.

### LOUISIANA TAX COMMISSION et al.

### No. 51506.

June 21, 1971.

In re: Churchill Farms, Inc. applying for certiorari or writ of review to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 249 So.2d 594.

Writ refused. The judgment is correct.

SUMMERS, J., is of the opinion that this refusal to grant writs reinstates the validity of Dixon v. Flournoy, 247 La. 1067, 176 So.2d 138 (1965), and recognizes the correctness of my dissent in Bussie v. Long, 257 La. 623, 243 So.2d 776 (1971).